Kevin S. Sinclair, Esq., Nevada Bar No. 12277
  *ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK N.A. F/K/A JPMORGAN CHASE BANK, AS TRUSTEE FOR MASTR ADJUSTIBLE RATE MORTGAGES TRUST 2004-9, MORTGAGE PASS-THROUGH CERTIFICIATES, SERIES 2004-9,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:20-cv-01394-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff The Bank of New York Mellon Trust Company, N.A. F/K/A The Bank of New York Trust Company, N.A. as successor-in-interest to JPMorgan Chase Bank N.A. F/K/A JPMorgan Chase Bank, as trustee for MASTR Adjustable Rate Mortgages Trust 2004-9, Mortgage Pass-Through Certificates, Series 2004-9 ("BONY"), and defendants Chicago Title Insurance Company ("Chicago Title") and Fidelity National Title Group, Inc. ("FNTG") (collectively, "Defendants"), by and through their attorneys of record, hereby agree and stipulate as follows.

1.    On July 27, 2020, BONY filed its complaint in this action [ECF No. 1];

2.    On August 3, 2020 BONY served its complaint on Defendants (ECF Nos. 7, 8.);



EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

572633.1

3.      Defendants' respective responses to BONY's complaint are currently due on August 24, 2020;

4.      Counsel for Defendants is requesting a 30-day extension until September 23, 2020 for Defendants to file their respective responses to BONY's complaint to accommodate various scheduling conflicts for Defendants' counsel and to afford Defendants' counsel additional time to review and respond to BONY's complaint;

5.      Counsel for BONY does not oppose the extension;

6.      This is the first request for an extension made by counsel for Defendants which is made in good faith and not for the purposes of delay.

7.      This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

**IT IS SO STIPULATED** that Chicago Title and FNTG's responses to BONY's complaint shall be due on Wednesday, September 23, 2020.

| DATED this 20th day of August, 2020. | DATED this 20th day of August, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/--Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, N.A. F/K/A The Bank of New York Trust Company, N.A. as successor-in-interest to JPMorgan Chase Bank N.A. F/K/A JPMorgan Chase Bank, as trustee for MASTR Adjustable Rate Mortgages Trust 2004-9, Mortgage Pass-Through Certificates, Series 2004-9* | */s/-Kevin S. Sinclair*<br>Kevin S. Sinclair, Esq.<br>Nevada bar No. 12277<br>Sophia S. Lau, Esq.,<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant, Chicago Title Insurance Company* |

**IT IS SO ORDERED**

**DATED: August 21, 2020**



**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**STIPULATION AND ORDER**

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
ATTORNEYS AT LAW

572633.1