WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company, N.A. as successor-in-interest to JPMorgan Chase Bank N.A. f/k/a JPMorgan Chase Bank, as Trustee for MASTR Adjustable Rate Mortgages Trust 2004-9, Mortgage Pass-Through Certificates, Series 2004-9*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK N.A. F/K/A JPMORGAN CHASE BANK, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2004-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-9, | Case No.: 2:20-cv-01394-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 13]**<br><br>**[First Request]** |
| Plaintiff, | |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY, | |
| Defendants. | |

Plaintiff, The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company, N.A. as successor-in-interest to JPMorgan Chase Bank N.A. f/k/a JPMorgan Chase Bank, as Trustee for MASTR Adjustable Rate Mortgages Trust 2004-9,

Mortgage Pass-Through Certificates, Series 2004-9 ("BONY"), and Specially-Appearing Defendant, Fidelity National Title Group, Inc. ("FNTG") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1.  On July 27, 2020, BONY filed its Complaint [ECF No. 1];

2.  On September 16, 2020, FNTG filed a Motion to Dismiss [ECF No. 13];

3.  BONY's deadline to respond to FNTG's Motion to Dismiss is currently September 30, 2020;

4.  BONY's counsel is requesting an extension until Friday, October 30, 2020, to file its response to FNTG's Motion to Dismiss;

5.  This extension is requested to allow counsel for BONY additional time to review and respond to the points and authorities cited to in the Motion;

6.  Counsel for FNTG does not oppose the requested extension;

///

///

///

///

///

///

///

///

///

////

///

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 25th day of September, 2020. | DATED this 25th day of September, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, The Bank of New York*<br>*Mellon Trust Company, National Association*<br>*FKA The Bank of New York Trust Company,*<br>*N.A. as Successor to JP Morgan Chase Bank*<br>*N.A., as Trustee for RAMP 2005-RS8* | */s/ Kevin S. Sinclair*<br>Kevin S. Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Ventura Blvd, Suite 400<br>Encino, California 91436<br>*Attorneys for Defendants, Fidelity National*<br>*Title Group, Inc., Ticor Title of Nevada, Inc.,*<br>*and Chicago Title Insurance Company* |

**IT IS SO ORDERED.**

Dated  September 28, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE