Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY et al.,<br><br>                    Defendants. | Case No.: 2:20-cv-01394-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO COMPLAINT [ECF No. 1]**<br><br>**[THIRD REQUEST]** |

  COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and plaintiff The Bank of New York Mellon Trust Company ("BONY"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

  1.  On July 27, 2020 BONY filed its complaint in the instant action. (ECF No. 1.);

  2.  On August 21, 2020, the Court granted the Parties' stipulation to extend Chicago

1
**STIPULATION AND ORDER**

Title's deadline to respond to the Complaint (ECF No. 10.);

3. On September 22, 2020, the Court granted the Parties second stipulation to extend Chicago Title's deadline to respond to the Complaint (ECF No. 16);

4. Chicago Title's current deadline to respond to the Complaint is October 7, 2020;

5. Chicago Title requests a two-week extension of its deadline to respond to BONY's complaint, until October 21, 2020, to allow Chicago Title's counsel additional time to review the allegations of the complaint;

6. By entering into this stipulation Chicago Title does not waive any potential defenses under Fed. R. Civ. P. 12;

7. BONY does not oppose the requested extension;

8. This is the third request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to the complaint is hereby extended through and including October 21, 2020.

Dated:  October 2, 2020        SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
     KEVIN S. SINCLAIR
     Attorneys for Defendants
     CHICAGO TITLE INSURANCE COMPANY

Dated:  October 2, 2020        WRIGHT FINLAY & ZAK, LLP

**As the parties have pointed out, the Court has twice granted a stipulation for Chicago Title to respond to plaintiff's complaint.  ECF Nos. 10 & 16.  Each time, Chicago Title has cited its need for additional time to review the complaint.  The parties' third stipulation is GRANTED.  But if Chicago Title requires a 4th extension, the Court will require a more detailed explanation.**

By:  /s/-Lindsay D. Robbins
     LINDSAY D. ROBBINS
     Attorneys for Plaintiff
     THE BANK OF NEW YORK MELLON TRUST COMPANY

**IT IS SO ORDERED.**

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

