Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, | Case No.: 2:20-cv-01394-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO COMPLAINT [ECF No. 1]** |
| vs. | |
| CHICAGO TITLE INSURANCE COMPANY et al., | **[FOURTH REQUEST]** |
| Defendants. | |

COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and

plaintiff The Bank of New York Mellon Trust Company ("BONY"), by and through their

respective attorneys of record, which hereby agree and stipulate as follows:

    1.      On July 27, 2020 BONY filed its complaint in the instant action. (ECF No. 1.);

    2.      On August 21, 2020, the Court granted the Parties' stipulation to extend Chicago

SINCLAIR
BRAUN LLP

1   Title's deadline to respond to the Complaint (ECF No. 10.);

2        3.     On September 22, 2020, the Court granted the Parties' second stipulation to extend

3   Chicago Title's deadline to respond to the Complaint (ECF No. 16);

4        4.     On October 7, 2020, the Court granted the Parties' third stipulation to extend

5   Chicago Title's deadline to respond to the Complaint (ECF No. 20);

6        5.     Chicago Title's current deadline to respond to the Complaint is October 21, 2020;

7        6.     The Parties are currently engaged in settlement negotiations, and one Party is

8   currently considering the other Party's settlement offer;

9        7.     Chicago Title requests a 30-day extension of its deadline to respond to BONY's

10  complaint, until November 20, 2020, so that neither party is forced to incur additional fees

11  relating to the defense of this action while the Parties are pursuing informal resolution of this

12  dispute;

13       8.     By entering into this stipulation Chicago Title does not waive any potential

14  defenses under Fed. R. Civ. P. 12;

15       9.     BONY does not oppose the requested extension;

16       10.    This is the fourth request for an extension which is made in good faith and not for

17  purposes of delay;

18

19

20

21

22

23

24

25

26

27

28



**STIPULATION AND ORDER**

1   **IT IS SO STIPULATED** that Chicago Title's deadline to respond to the complaint is

2   hereby extended through and including November 20, 2020.

3   Dated:  October 16, 2020                    SINCLAIR BRAUN LLP

4

5                                               By:   */s/-Kevin S. Sinclair*

6                                                     KEVIN S. SINCLAIR
                                                      Attorneys for Defendants
7                                                     CHICAGO TITLE INSURANCE COMPANY

8   Dated:  October 16, 2020                    WRIGHT FINLAY & ZAK, LLP

9

10                                              By:   */s/-Lindsay D. Robbins*
                                                      LINDSAY D. ROBBINS
11                                                    Attorneys for Plaintiff
                                                      THE BANK OF NEW YORK MELLON
12                                                    TRUST COMPANY

13

14  **IT IS SO ORDERED**

15  **DATED:** 11:31 am, October 20, 2020

16  

17  **BRENDA WEKSLER**
    **UNITED STATES MAGISTRATE JUDGE**
18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER**

