Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY et al.,<br><br>Defendants. | Case No.: 2:20-cv-01394-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO COMPLAINT [ECF No. 1]**<br><br>**[FIFTH REQUEST]** |

COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and plaintiff The Bank of New York Mellon Trust Company ("BONY"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1.    On July 27, 2020 BONY filed its complaint in the instant action. (ECF No. 1.);

2.    On August 21, 2020, the Court granted the Parties' stipulation to extend Chicago

Title's deadline to respond to the Complaint (ECF No. 10.);

3. On September 22, 2020, the Court granted the Parties' second stipulation to extend Chicago Title's deadline to respond to the Complaint (ECF No. 16);

4. On October 7, 2020, the Court granted the Parties' third stipulation to extend Chicago Title's deadline to respond to the Complaint (ECF No. 20);

5. On October 20, 2020, the Court granted the Parties' fourth stipulation to extend Chicago Title's deadline to respond to the Complaint (ECF No. 25);

6. Chicago Title's current deadline to respond to the Complaint is November 20, 2020;

7. The Parties are currently engaged in settlement negotiations, and one Party is currently considering the other Party's settlement offer;

8. Chicago Title requests a three-week extension of its deadline to respond to BONY's complaint, until December 11, 2020, so that neither party is forced to incur additional fees relating to the defense of this action while the Parties are pursuing informal resolution of this dispute;

9. By entering into this stipulation Chicago Title does not waive any potential defenses under Fed. R. Civ. P. 12;

10. BONY does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//



11. This is the fifth request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to the complaint is hereby extended through and including December 11, 2020.

Dated:  November 17, 2020         SINCLAIR BRAUN LLP


By:   */s/-Kevin S. Sinclair*
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    CHICAGO TITLE INSURANCE COMPANY

Dated:  November 17, 2020         WRIGHT FINLAY & ZAK, LLP


By:   */s/-Lindsay D. Robbins*
    LINDSAY D. ROBBINS
    Attorneys for Plaintiff
    THE BANK OF NEW YORK MELLON
    TRUST COMPANY

IT IS ORDERED that the parties' stipulation is GRANTED.  However, the parties are instructed that this is their final extension.  The parties should either settle this dispute or or defendant must file a responsive pleading on December 11, 2020.

                **IT IS SO ORDERED**

                **DATED:** 4:58 pm, November 20, 2020

                **BRENDA WEKSLER**
                **UNITED STATES MAGISTRATE JUDGE**

