Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>                        Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY et al.,<br><br>                        Defendants. | Case No.: 2:20-CV-01394-JCM-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY MEMORANDUM AND RESPONSE IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and plaintiff Bank of New York Mellon ("BONY"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1.     On December 11, 2020, Chicago Title filed its motion to dismiss BONY's complaint (ECF No. 31);

1  2.   On December 24, 2020, BONY filed its response in opposition to Chicago Title's
2  motion to dismiss and a countermotion for partial summary judgment (ECF Nos. 32-33);

3  3.   Chicago Title's deadline to file its reply memorandum responsive to BONY's
4  response in opposition is December 31, 2020;

5  4.   Chicago Title requests a brief, two-week extension of time to file the
6  aforementioned memorandum, through and including January 14, 2021, to afford Chicago Title
7  additional to respond to the legal arguments set forth in BONY's brief;

8  5.   BONY does not oppose the requested extension;

9  6.   This is the first request for an extension which is made in good faith and not for
10 purposes of delay;

11 **IT IS SO STIPULATED** that Chicago Title's deadline to file its reply memorandum is
12 hereby extended through and including January 14, 2021.

14 Dated:  December 30, 2020          SINCLAIR BRAUN LLP

16                                    By:   */s/-Kevin S. Sinclair*
17                                          KEVIN S. SINCLAIR
                                            Attorneys for Defendant
18                                          FIDELITY NATIONAL TITLE INSURANCE
                                            COMPANY

19 Dated:  December 30, 2020          WRIGHT FINLAY & ZAK, LLP

21                                    By:   */s/-Lindsay D. Robbins*
22                                          LINDSAY D. ROBBINS
                                            Attorneys for Plaintiff
23                                          BANK OF NEW YORK MELLON

24 **IT IS SO ORDERED.**

25    Dated: January 4, 2021.

26                                          _____
27                                          JAMES C. MAHAN
                                            UNITED STATES DISTRICT JUDGE
28



| | | |
|---|---|---|
| Dated:  December 30, 2020 | | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |

By:  */s/-Scott E. Gizer*
    SCOTT E. GIZER
    Attorneys for Defendant
    CHICAGO TITLE INSURANCE COMPANY

Dated:  December 30, 2020    SINCLAIR BRAUN LLP

By:  */s/-Kevin S. Sinclair*
    KEVIN S. SINCLAIR
    Attorneys for Defendant
    CHICAGO TITLE INSURANCE COMPANY



3
**STIPULATION AND ORDER**