Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY et al.,<br><br>Defendants. | Case No.: 2:20-CV-01394-JCM-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY MEMORANDUM AND RESPONSE IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and plaintiff Bank of New York Mellon ("BONY"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On December 11, 2020, Chicago Title filed its motion to dismiss BONY's complaint (ECF No. 31);

2. On December 24, 2020, BONY filed its response in opposition to Chicago Title's motion to dismiss and a countermotion for partial summary judgment (ECF Nos. 32-33);

3. Chicago Title's original deadline to file its reply memorandum responsive to BONY's response in opposition was December 31, 2020;

4. The Court previously extended Chicago Title's deadline to file its reply memorandum until January 14, 2021;

5. Chicago Title's original deadline to oppose the countermotion for partial summary judgment is January 14, 2021

6. Chicago Title requests a brief, two-week extension of time to file the aforementioned memoranda, through and including January 28, 2021, to afford Chicago Title additional to respond to the legal arguments set forth in BONY's brief;

7. BONY does not oppose the requested extension;

8. This is the second request for an extension related to the reply and the first related to the response in opposition, which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Chicago Title's deadline to file its reply memorandum and its response in opposition to BONY's countermotion for partial summary judgment is hereby extended through and including January 28, 2021.

Dated: January 7, 2021          SINCLAIR BRAUN LLP

                                By:  /s/-Kevin S. Sinclair
                                    KEVIN S. SINCLAIR
                                    Attorneys for Defendant FIDELITY
                                    NATIONAL TITLE INSURANCE COMPANY

Dated: January 7, 2021          WRIGHT FINLAY & ZAK, LLP

                                By:  /s/-Lindsay D. Robbins
                                    LINDSAY D. ROBBINS
                                    Attorneys for Plaintiff BANK OF NEW
                                    YORK MELLON

**IT IS SO ORDERED.**

    Dated January 13, 2021.

                                    _____
                                    JAMES C. MAHAN
                                    UNITED STATES DISTRICT JUDGE



**STIPULATION AND ORDER**