Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>            Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE<br>COMPANY et al.,<br><br>            Defendants. | Case No.: 2:20-CV-01394-JCM-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY MEMORANDUM AND RESPONSE IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(THIRD REQUEST)** |

      COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and plaintiff Bank of New York Mellon ("BONY"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

      1.     On December 11, 2020, Chicago Title filed its motion to dismiss BONY's complaint (ECF No. 31);

  2. On December 24, 2020, BONY filed its response in opposition to Chicago Title's motion to dismiss and a countermotion for partial summary judgment (ECF Nos. 32-33);

  3. Chicago Title's current deadline to file both its reply memorandum responsive to BONY's response in opposition and its response in opposition to the countermotion is January 28, 2021;

  4. Chicago Title requests a brief, two-week extension of time to file the aforementioned memoranda, through and including February 11, 2021, to afford Chicago Title additional to respond to the legal arguments set forth in BONY's brief;

  5. BONY does not oppose the requested extension;

  6. This is the third request for an extension related to the reply and the first related to the response in opposition, which is made in good faith and not for purposes of delay;

  **IT IS SO STIPULATED** that Chicago Title's deadline to file its reply memorandum and its response in opposition to BONY's countermotion for partial summary judgment is hereby extended through and including February 11, 2021.

Dated: January 26, 2021    SINCLAIR BRAUN LLP

            By: /s/-Kevin S. Sinclair
              KEVIN S. SINCLAIR
              Attorneys for Defendant
              CHICAGO TITLE INSURANCE COMPANY

Dated: January 26, 2021    WRIGHT FINLAY & ZAK, LLP

            By: /s/-Darren T. Brenner
              DARREN T. BRENNER
              Attorneys for Plaintiff
              BANK OF NEW YORK MELLON

**IT IS SO ORDERED.**

  Dated: January 27, 2021.

                     _____
                     JAMES C. MAHAN
                     UNITED STATES DISTRICT JUDGE

