```
 1  WRIGHT, FINLAY & ZAK, LLP
    Darren T. Brenner, Esq.
 2  Nevada Bar No. 8386
    Lindsay D. Robbins, Esq.
 3  Nevada Bar No. 13474
    7785 W. Sahara Ave., Suite 200
 4  Las Vegas, NV 89117
    (702) 637-2345; Fax: (702) 946-1345
 5  lrobbins@wrightlegal.net
 6
```

*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company, N.A. as successor-in-interest to JPMorgan Chase Bank N.A. f/k/a JPMorgan Chase Bank, as Trustee for MASTR Adjustable Rate Mortgages Trust 2004-9, Mortgage Pass-Through Certificates, Series 2004-9*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK N.A. F/K/A JPMORGAN CHASE BANK, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2004-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-9, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY, <br><br> Defendants. | Case No.: 2:20-cv-01394-JCM-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO CHICAGO TITLE INSURANCE COMPANY'S OPPOSITION TO COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 42]** <br><br> **[Second Request]** |

Plaintiff, The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company, N.A. as successor-in-interest to JPMorgan Chase Bank N.A. f/k/a JPMorgan Chase Bank, as Trustee for MASTR Adjustable Rate Mortgages Trust 2004-9, Mortgage Pass-Through Certificates, Series 2004-9 ("BONY Trustee"), and Defendant,

|   |   |
|---|---|
| 1 | Chicago Title Insurance Company ("Chicago Title") (collectively, the "Parties"), by and |
| 2 | through their counsel of record, hereby stipulate and agree as follows: |

1. On July 27, 2020, BONY Trustee filed its Complaint [ECF No. 1-1];
2. On December 11, 2020, Chicago Title filed a Motion to Dismiss [ECF No. 31];
3. On December 24, 2020, BONY Trustee filed an Opposition to Chicago Title's Motion to Dismiss and Countermotion for Partial Summary Judgment [ECF Nos. 32 and 33];
4. On February 11, 2021, Chicago Title filed its Reply in Support of its Motion to Dismiss and Opposition to Countermotion for Partial Summary Judgment [ECF Nos. 41 and 42];
5. BONY Trustee contends that it is entitled to file a response to Chicago Title's Opposition to its Countermotion for Partial Summary Judgment and that its deadline to do so is March 29, 2021 [ECF No. 45];
6. BONY Trustee's counsel is requesting a brief extension until April 2, 2021 to respond to Chicago Title's Opposition;
7. This additional extension is requested to allow BONY Trustee additional time to obtain certain documents that were recorded on the Property's title and referenced in Chicago Title Opposition;
8. Counsel for Chicago Title does not oppose the requested extension to the extent that a response is permitted;

///
///
///
///
///
///
///
///

1  9. This is the second request for an extension which is made in good faith and not for
2  purposes of delay.
3  **IT IS SO STIPULATED.**
4  DATED this 29th day of March, 2021.   DATED this 29th day of March, 2021.
5  WRIGHT, FINLAY & ZAK, LLP   SINCLAIR BRAUN LLP

/s/ Lindsay D. Robbins   /s/ Kevin S. Sinclair
Lindsay D. Robbins, Esq.   Kevin S. Sinclair, Esq.
Nevada Bar No. 13474   Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200   16501 Ventura Blvd, Suite 400
Las Vegas, NV 89117   Encino, California 91436
*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company, N.A. as successor-in-interest to JPMorgan Chase Bank N.A. f/k/a JPMorgan Chase Bank, as Trustee for MASTR Adjustable Rate Mortgages Trust 2004-9, Mortgage Pass-Through Certificates, Series 2004-9*   *Attorneys for Defendants, Fidelity National Title Group, Inc. and Chicago Title Insurance Company*

**IT IS SO ORDERED.**

Dated  March 31, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE