Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY and FIDELITY
NATIONAL TITLE GROUP, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:20-cv-01394-JCM-BNW<br><br>**STIPULATION AND ORDER TO RESCHEDULE STATUS CONFERENCE** |

COMES NOW defendant Chicago Title Insurance Company, defendant Fidelity National Title Group, Inc. and plaintiff The Bank of New York Mellon Trust Company, by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On June 29, 2021, the parties submitted a stipulation requesting a status conference with the Magistrate Judge (ECF No. 58);

2. In footnote 1 of their stipulation, the parties requested that the Court avoid certain dates for the status conference to avoid scheduling conflicts for the parties' attorneys;

3. On July 2, 2021, the Court granted the parties' stipulation, and set a status conference for July 16, 2021 at 11:30 a.m. (ECF No. 59);

4. To avoid a scheduling conflict for one of the parties' attorneys (specifically, a prepaid family vacation), the parties respectfully request that the Court continue the status conference to July 22, 2021 at 1:00 p.m.

Subject to the approval of the Magistrate Judge, **IT IS SO STIPULATED** that status conference scheduled for July 16, 2021 at 11:30 a.m. shall be **CONTINUED** to July 22, 2021 at 1:00 p.m.

Dated: July 15, 2021                           SINCLAIR BRAUN LLP


By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY
and FIDELITY NATIONAL TITLE GROUP, INC.

Dated: July 15, 2021                           WRIGHT FINLAY & ZAK, LLP


By: */s/-Darren T. Brenner*
DARREN T. BRENNER
Attorneys for Plaintiff
THE BANK OF NEW YORK MELLON
TRUST COMPANY

**IT IS SO ORDERED.**

Dated July 15, 2021.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

